No. 82–966.   WEST v. ROADWAY EXPRESS, INC.   Ct. App. Ohio, Summit County.   Certiorari denied.

No. 82–969.   AERONAUTICAL MACHINISTS LODGE 709, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO v. LOCKHEED GEORGIA CO., DIVISION OF LOCKHEED CORP.   C. A. 11th Cir.   Certiorari denied.

No. 82–970.   LAGUARDIA v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 82–971.   HOLWAY v. SMITH.   Sup. Ct. Va.   Certiorari denied.

No. 82–980.   SADLAK v. CELESTE, GOVERNOR OF OHIO, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–981.   CLARK OIL & REFINING CORP. v. ALDERSON.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 82–985.   VIERTHALER ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–987.   MCDONALD ET AL. v. TEXAS.   Ct. App. Tex., 2d Sup. Jud. Dist.   Certiorari denied.

No. 82–991.   NATIONAL ASSOCIATION OF HOME HEALTH AGENCIES ET AL. v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. D. C. Cir.   Certiorari denied.

No. 82–993.   PATRICK v. OHIO.   Ct. App. Ohio, Summit County.   Certiorari denied.

No. 82–1000.   HALSELL v. KIMBERLY-CLARK CORP.   C. A. 8th Cir.   Certiorari denied.